Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-06864
MICHAEL BRENT HORRELL, )
) Chapter: 7
)
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation    $12,000
2. Trustee's expenses        $0.00

   TOTAL:    $12,000

Enter:

Honorable Carol A. Doyle
Dated:                                          United States Bankruptcy Judge

**Prepared by:**

N. Neville Reid (ARDC #6195837)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201