# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-06864 |
| MICHAEL BRENT HORRELL, | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date:   Dec. 16, 2021** |
| | ) | **Hearing Time: 10:30 AM** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 29, 2021, I caused a copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt.150 ]; and the **Trustee's Application for Compensation and Expenses** [Dkt.149 ], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated: November 29, 2021

**N. NEVILLE REID, not individually, but solely in his capacity as the chapter 7 trustee for the bankruptcy estate of Michael Brent Horrell**

By:   */s/ N. Neville Reid*

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:   312.224.1200
Fax:  312.224.1201

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Robert J Adams**
RobertJAdams@jubileebk.net

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | |
|---|---|
| Chicago 739 LLC<br>C/O Adam Rome<br>2 N. Lasalle St, #1601<br>Chicago, IL 60602 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 |
| Niki L Horrell<br>1232 Forest Ave<br>Evanston, IL 60202 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Rock Fusco & Connelly, LLC<br>321 N Clark St., #2200<br>Chicago, iL 60654 | Palomar, LLC<br>Steve Chiscano<br>9601 McAllister Freeway<br>Suite 401<br>San Antonio, TX 78216 |
| Huebner Ambulatory Surgery Center, LLC<br>c/o David S. Gragg/Langley & Banack, Inc<br>745 E. Mulberry, Suite 700<br>San Antonio, TX 78212 | Jefferson & Monroe, LLC<br>c/o Stephen C. Voris, Esq.<br>Burke, Warren, MacKay & Serritella P.C.<br>330 N. Wabash Ave., Suite 2100<br>Chicago, IL 60611 |
| Michael Brent Horrell<br>205 W Touhy Ave Apt 328<br>Park Ridge, IL 60068-4288 | Scott Clar<br>Crane, Heyman, Simon, Welch & Clar<br>135 South LaSalle, Suite 3705<br>Chicago, IL  60603 |